# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600369**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**STERLING X. TURNER**
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
Convening Authority: Commanding Officer, Marine Corps
Communication-Electronics School, Training Command, Twentynine
Palms, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Michael E. Sayegh, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 January 2017

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court